¶ Ex. 1


# Welcome to the
# City of Philadelphia

Your site subscription will expire in 2 days.

| Searching | Shopping | My Profile | Search Help | About | Department of Records | Link to Historical Index Info | Logout dunnelawoffices |

## Search Results

Search Index and Images on documents recorded since

**January 1, 1974**

**Contact Information**

**Address:**

City Hall
Room #156
Philadelphia, PA 19107

**Email:**

records.info@phila.gov

**Office Hours:**

Public rooms (Room #154, City Hall) are open Monday through Friday from 8:00 a.m. to 4:00 p.m.

**Sort By**

[ Document ID ]

**Then Sort By**

[         ]

**Sort Order**

[ Ascending ]

**Results Per Page**

[ 100 ]

**Recent Searches**

Search 1: *3 results

**My Images** [Clear]

DEED SHERIFF  [X]
53405852

DEED  [X]
53470588

Download My Images

 New Search    Modify Search                                                                                       Printable Version

**You searched for:** RecordingDateID >= Tue Jan 01 00:00:00 EST 1974 and <= Wed Apr 24 00:00:00 EDT 2019 and HouseNumber=519 and DirectionSuffix=N and StreetName=Wanamaker and Designation=ST

3 items found, displaying all items.**1**

| Description | Summary | | | | | Add All to My Images |
|---|---|---|---|---|---|---|
| **DEED**<br>51472601 | **Rec. Date:** 06/27/2006 12:42:00 PM   **Book Page:**   **Related:**   **Rel Book Page:**   **Num Pages:** 5 | | | | | View Image<br>Add to My Images |
| | **Grantor:** BENNETT GREGORY E, HUDSON SARA C, HUDSON SARA CHARITY | | | **Grantee:** BENNETT GREGORY E | | |
| | **Legal:** 519 N WANAMAKER ST Parcel: 062N08-0211 | | | | | |
| **DEED SHERIFF**<br>53405852 | **Rec. Date:** 08/17/2018 09:36:17 AM   **Book Page:**   **Related:**   **Rel Book Page:**   **Num Pages:** 6 | | | | | View Image<br>Add to My Images |
| | **Grantor:** BENNETT GREGORY E | | | **Grantee:** LAPORTE PATRICE | | |
| | **Legal:** 519 N WANAMAKER ST Parcel: 062N08-0211 | | | | | |
| **DEED**<br>53470588 | **Rec. Date:** 01/28/2019 08:25:14 AM   **Book Page:**   **Related:**   **Rel Book Page:**   **Num Pages:** 7 | | | | | View Image<br>Add to My Images |
| | **Grantor:** LAPORTE PATRICE | | | **Grantee:** ERION REAL ESTATE INVESTORS LLC | | |
| | **Legal:** 519 N WANAMAKER ST Parcel: 062N08-0211 | | | | | |

3 items found, displaying all items.**1**

 New Search    Modify Search                                                                                       Printable Version

