¶ **Ex. 2**

eRecorded in Philadelphia PA   Doc Id: 53470588
01/28/2019 08:25 AM    Page 1 of 7    Rec Fee: $256.75
Receipt#: 19-08984
Records Department   Doc Code: D
State RTT: $66.76   Local RTT: $218.85

**NOT INSURED**

**THIS INDENTURE MADE** the 21st day of January in the year of our Lord Two Thousand and Nineteen (2019)

**BETWEEN**

    Patrice Laporte
        (hereinafter called the Grantor(s), of the one part) and

    Erion Real Estate Investors, LLC a PA LLC
        (hereinafter called the Grantee(s) of the other part)

**WITNESSETH**, That the said Grantor(s) for and in consideration of the sum or
**SIX THOUSAND Dollar(s) ($6,000.00)** lawful money of the United States of America, unto him, her, them well and truly paid by the Grantee(s), at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has/have granted, bargained and sold, released and confirmed and by these presents do/does grant, bargain and sell, release and confirm unto the said Grantee(s), his, her, their heirs and assigns, in fee.

        SEE ATTACHED LEGAL DESCRIPTION

        MARKED EXHIBIT "A"

EXHIBIT "A"

**ALL THAT CERTAIN** lot or piece of ground with the two story brick messuage or tenement thereon erected.

**SITUATE** on the East of Wanamaker Street at the distance of 360 feet 6 inches Southward from the South side of Girard Avenue.

**CONTAINING** in front or breadth on Wanamaker Street 15 feet and extending in length or depth Eastward of that width between parallel lines at right angles to Wanamaker Street 55 feet to a certain 3 feet wide alley which extends Northward into Girard Avenue and Southward into a certain other 3 feet wide alley which last mentioned alley leads Southeastward from Wanamaker Street to 58th Street.

**BEING NO.** 519 N. Wanamaker Street.

**TOGETHER** with all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever unto the hereby granted premises belonging, or in any wise appertaining and the reversions and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of him, her, them the Grantor(s), as well as in equity, of, in, and to the same.

**TO HAVE AND TO HOLD** the said lot or piece of ground described with the buildings and improvements thereon erected, hereditaments and premises hereby granted or mentioned and intended to so be, with the appurtenances, unto the said Grantee(s), his, her, their heirs and assigns, to and for the only proper use and behoof of the said Grantee(s), his, her, their heirs and assigns, forever.
**UNDER AND SUBJECT TO RESTRICTIONS AS OF RECORD.**
**AND** the said Grantor(s), for his, her, their heirs, executors and administrators, do/does covenant, promise and agree to and with the Grantee(s), his, her, their heirs and assigns, by these presents, that the said Grantor(s) and his, her, their heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the Grantee(s), his, her, their heirs and assigns, against the said Grantor(s) and his, her, their heirs and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under him, them or any of them, shall and will Subject as aforesaid **WARRANT AND FOREVER DEFEND.**

**IN WITNESS WHEREOF,** the party/ies of the first part hereunto set his, her, their hand(s) and seal(s). Dated the day and year first above written.

**Sealed and Delivered**
**In the presence of us:**

_____
Patrice Laporte

Commonwealth of Pennsylvania
County of Philadelphia                              ss:

    On this, the   21st   day of  January
2019, before me, a Notary Public for the Commonwealth of
Pennsylvania, residing in the
                                          the undersigned Officer,
personally appeared,
        **Patrice Laporte**
known to me (satisfactorily proven) to be the person(s)
whose name(s) is are subscribed to the within instrument,
and acknowledged that he, she, they executed the same for
the purposes therein contained.

        I hereunto set my hand and official seal.

_____
        Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
CELENIA MARTINEZ, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 22, 2021

# DEED

Patrice Laporte

TO

Erion Real Estate Investors, LLC a PA LLC

Premises:
519 N. Wanamaker Street
Philadelphia, PA

The address of the above
Named Grantee(s) is

_519 N Wanamaker St_

_Phila, PA_

On behalf of the Grantee(s):

_[signature]_

|  | BOOK NO. | PAGE NO. |
|---|---|---|
|  |  |  |
| DATE RECORDED |  |  |
| CITY TAX PAID |  |  |

# PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT** — All inquiries may be directed to the following person:

| NAME | TELEPHONE NUMBER: |
|---|---|
| Erion Real Estate Investors, LLC a PA LLC | AREA CODE ( ) |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 519 N. Wanamaker Street | Philadelphia | PA |  |

**B. TRANSFER DATA**    DATE OF ACCEPTANCE OF DOCUMENT:

| GRANTOR(S)/LESSOR(S) | GRANTEE(S)/LESSEE(S) |
|---|---|
| Patrice Laporte | Erion Real Estate Investors, LLC a PA LLC |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| 519 N. Wanamaker Street | 519 N. Wanamaker Street |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Philadelphia | PA |  | Philadelphia | PA |  |

**C. PROPERTY LOCATION**

| STREET ADDRESS | CITY, TOWNSHIP, BOROUGH |
|---|---|
| 519 N. Wanamaker Street | Philadelphia |

| COUNTY | SCHOOL DISTRICT | TAX PARCEL NUMBER |
|---|---|---|
| Philadelphia | Philadelphia | 043140900 |

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $6,000.00 | + $676.27 | = $6,676.27 |

| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
|---|---|---|
| $48,800.00 | x 1.01 | = $49,288.00 |

**E. EXEMPTION DATA**

| 1A. PERCENTAGE OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED |
|---|---|
| 0.0 | 100.0 |

2. Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession _____ (NAME OF DECEDENT) _____ (ESTATE FILE NUMBER)

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $_____

☐ Transfers to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number_____, Page Number_____ Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☒ Other (Please explain exemption claimed, if other than listed above.) This is a bonafide transaction at arms length and $6,000.00 is the actual consideration. Transfer taxes are paid on Total Consideration which includes unpaid property taxes. Property is in shell condition and requires complete rehab.

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY | DATE |
|---|---|
|  | 1/21/19 |

82-127 (Rev. 6/93)    (SEE REVERSE)

REV-183 EX (04-10)



**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

# REALTY TRANSFER TAX STATEMENT OF VALUE

See reverse for instructions.

**RECORDER'S USE ONLY**
State Tax Paid
Book Number
Page Number
Date Recorded

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. A Statement of Value is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. If more space is needed, attach additional sheets.

## A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | Telephone Number: |
|---|---|
| Erion Real Estate Investors, LLC a PA LLC | |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 519 N. Wanamaker Street | Philadelphia | PA | |

## B. TRANSFER DATA          C. Date of Acceptance of Document

| Grantor(s)/Lessor(s) | Grantee(s)/Lessee(s) |
|---|---|
| Patrice Laporte | Erion Real Estate Investors, LLC a PA LLC |
| Mailing Address | Mailing Address |
| 519 N. Wanamaker Street | 519 N. Wanamaker Street |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Philadelphia | PA | | Philadelphia | PA | |

## D. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 519 N. Wanamaker Street | Philadelphia |

| County | School District | Tax Parcel Number |
|---|---|---|
| Philadelphia | Philadelphia | 043140900 |

## E. VALUATION DATA – WAS TRANSACTION PART OF AN ASSIGNMENT OR RELOCATION? ☐ Y ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 6,000.00 | +676.27 | = 6,676.27 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Fair Market Value |
| 48,800.00 | X 1.01 | = 49,288.00 |

## F. EXEMPTION DATA

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| 0.00 | 100 | 100 |

### Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession. _____
    (Name of Decedent)       (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____
    If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☒ Other (Please explain exemption claimed.) This is a bonafide transaction at arms length and $6,000.00 is the actual consideration. Property in shell condition. Transfer tax paid on total consideration that includes unpaid property taxes.

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| [signature] | 1/21/19 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**