¶ Ex. 3

# Claim Detail



Case **1912991**    Debtor1 **GREGORY E BENNETT**    Trustee **WEST, KENNETH E. (PHILADELPHIA, PA)**

## CLAIM DETAIL

| | |
|---|---|
| Claim Number | 5 |
| Claim Description | SECURED ARREARS MORTGAGE |
| Claim Type Code | |
| Class Type Description | SECURED |
| Class Type Code | S |
| Level | 24 |
| Comment | 005 |
| Collateral Description | |
| Account Number | 1234 |
| Reference Number | 205568 |
| UCI | |
| Claim Start Payment Date | |
| Court Claim Number | 5 |
| Percent Paid | 72.8100 |
| Claim Status Description | |
| Claim Filed Date | 01/06/2020 |

## CLAIM AMOUNTS

| | |
|---|---|
| Claim Amount | $46,750.00 |
| Scheduled Amount | $0.00 |
| Monthly Payment | $0.00 |
| Collateral Value Amount | $0.00 |
| Principal Paid | $34,036.80 |
| Paid Direct | $12,713.20 |
| Principal Due Amount | $0.00 |
| Interest Rate % | 0.0000 |
| Interest Paid | $0.00 |
| Interest Due Amount | $0.00 |
| Trustee Percent | 0.0000 |
| Last Payment Amount | 1791.00 |
| Last Payment Date | 07/17/2024 |

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | ERION REAL ESTATE INVESTORS, LLC |
| Mailing Address | C/O MICHAEL W. GALLAGHER, ESQ |
| | 600 WEST GERMANTOWN PIKE, STE 400 |
| | PLYMOUTH MEETING, PA 19463 |
| Contact Name | |
| Phone Number | |
| Creditor Number | 152031 |

## FLAGS

| |
|---|
| No Check Indicator |
| Stop Disburse Indicator |
| Continuing Indicator |
| Reserve Indicator |

**PAYMENT HISTORY**     **CLAIM HISTORY**

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 07/17/2024 | 4007071 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $1791.00 | $34,036.80 |
| 07/08/2024 | 4003368 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$1134.00 | $32,245.80 |
| 06/14/2024 | 4006122 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $865.60 | $33,379.80 |
| 06/05/2024 | 4002446 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$685.60 | $32,514.20 |
| 05/13/2024 | 4005187 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $562.50 | $33,199.80 |
| 04/10/2024 | 4004272 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $450.00 | $32,637.30 |
| 03/12/2024 | 4003368 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $1134.00 | $32,187.30 |
| 03/06/2024 | 3031957 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$549.00 | $31,053.30 |
| 02/12/2024 | 4002446 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $685.60 | $31,602.30 |
| 02/05/2024 | 3030880 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$280.60 | $30,916.70 |
| 01/16/2024 | 4001535 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $1390.80 | $31,197.30 |
| 01/05/2024 | 3029987 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$841.80 | $29,806.50 |
| 12/21/2023 | 4000702 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $112.50 | $30,648.30 |
| 11/09/2023 | 3031957 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $549.00 | $30,535.80 |
| 10/10/2023 | 3030880 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $280.60 | $29,986.80 |
| 09/18/2023 | 3029987 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $841.80 | $29,706.20 |
| 08/15/2023 | 3028818 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $579.60 | $28,864.40 |
| 07/13/2023 | 3027651 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $561.20 | $28,284.80 |
| 06/13/2023 | 3026519 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $561.20 | $27,723.60 |
| 05/09/2023 | 3025307 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $423.20 | $27,162.40 |

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 04/12/2023 | 3024085 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $420.44 | $26,739.20 |
| 03/09/2023 | 3022834 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $2354.28 | $26,318.76 |
| 03/06/2023 | 3017939 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$1512.48 | $23,964.48 |
| 02/08/2023 | 3021549 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $561.20 | $25,476.96 |
| 01/10/2023 | 3020359 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $561.20 | $24,915.76 |
| 12/13/2022 | 3019148 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $1108.43 | $24,354.56 |
| 11/15/2022 | 3017939 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $1512.48 | $23,246.13 |
| 11/03/2022 | 3012972 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$299.00 | $21,733.65 |
| 10/11/2022 | 3016610 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $1271.44 | $22,032.65 |
| 10/05/2022 | 3011685 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$558.44 | $20,761.21 |
| 09/08/2022 | 3015379 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $2834.12 | $21,319.65 |
| 09/06/2022 | 3010412 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$2512.12 | $18,485.53 |
| 08/16/2022 | 3014293 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $524.40 | $20,997.65 |
| 08/03/2022 | 3009109 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$276.00 | $20,473.25 |
| 07/12/2022 | 3012972 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $299.00 | $20,749.25 |
| 06/09/2022 | 3011685 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $558.44 | $20,450.25 |
| 06/06/2022 | 3006430 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$558.44 | $19,891.81 |
| 05/11/2022 | 3010412 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $2512.12 | $20,450.25 |
| 05/05/2022 | 3005122 | ERION REAL ESTATE INVESTORS, LLC | CANCELLED CHECK TO CREDITOR/PRINCIPAL | -$207.00 | $17,938.13 |
| 04/12/2022 | 3009109 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $276.00 | $18,145.13 |

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 02/07/2022 | 3006430 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $558.44 | $17,869.13 |
| 01/10/2022 | 3005122 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $207.00 | $17,310.69 |
| 11/09/2021 | 3002508 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $1115.52 | $17,103.69 |
| 09/09/2021 | 2532336 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $170.20 | $15,988.17 |
| 08/09/2021 | 2530933 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $322.00 | $15,817.97 |
| 07/09/2021 | 2529511 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $414.00 | $15,495.97 |
| 06/09/2021 | 2528050 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $552.00 | $15,081.97 |
| 05/10/2021 | 2526604 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $483.00 | $14,529.97 |
| 04/09/2021 | 2525029 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $653.20 | $14,046.97 |
| 03/08/2021 | 2523512 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $322.00 | $13,393.77 |
| 02/10/2021 | 2522076 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $708.40 | $13,071.77 |
| 01/08/2021 | 2520554 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $699.20 | $12,363.37 |
| 12/09/2020 | 2519149 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $695.52 | $11,664.17 |
| 11/10/2020 | 2517704 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $695.52 | $10,968.65 |
| 10/07/2020 | 2516193 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $680.40 | $10,273.13 |
| 09/10/2020 | 2514810 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $680.40 | $9,592.73 |
| 08/10/2020 | 2513387 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $679.50 | $8,912.33 |
| 07/13/2020 | 2511930 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $679.50 | $8,232.83 |
| 06/10/2020 | 2510441 | ERION REAL ESTATE INVESTORS, LLC | DISBURSEMENT TO CREDITOR/PRINCIPAL | $7553.33 | $7,553.33 |