¶ **Ex. 5**

[Return to Search Results]

**You searched for:** RecordingDateID >= Tue Jan 01 00:00:00 EST 1974 and <= Tue Oct 17 00:00:00 EDT 2023 and HouseNumber=519 and DirectionSuffix=N and StreetName=Wanamaker and Document Types to Search Over:=AFFIDAVIT OF STREET OPENING, AMENDMENT TO CONDOMINIUM, AMENDMENT TO PLANNED COMMUNITY, CERTIFICATE OF STOCK TRANSFER, DECLARATION OF CONDOMINIUM, and 16 more

4 items found, displaying all items.**1**

| Description | Summary | | | | Add All to My Images |
|---|---|---|---|---|---|
| **DEED** **51472601** | **Rec. Date:** 06/27/2006 12:42:00 PM  **Num Pages:** 5 | **Book Page:** | **Related:** | **Rel Book Page:** | View Image  Added |
| | **Grantor:** BENNETT GREGORY E, HUDSON SARA C, HUDSON SARA CHARITY | | **Grantee:** BENNETT GREGORY E | | |
| | **Legal:** 519 N WANAMAKER ST  Parcel: 062N08-0211 | | | | |
| **DEED SHERIFF** **53405852** | **Rec. Date:** 08/17/2018 09:36:17 AM  **Num Pages:** 6 | **Book Page:** | **Related:** | **Rel Book Page:** | View Image  Add to My Images |
| | **Grantor:** BENNETT GREGORY E | | **Grantee:** LAPORTE PATRICE | | |
| | **Legal:** 519 N WANAMAKER ST  Parcel: 062N08-0211 | | | | |
| **DEED** **53470588** | **Rec. Date:** 01/28/2019 08:25:14 AM  **Num Pages:** 7 | **Book Page:** | **Related:** | **Rel Book Page:** | View Image  Add to My Images |
| | **Grantor:** LAPORTE PATRICE | | **Grantee:** ERION REAL ESTATE INVESTORS LLC | | |
| | **Legal:** 519 N WANAMAKER ST  Parcel: 062N08-0211 | | | | |
| **DEED MISCELLANEOUS** **53944577** | **Rec. Date:** 01/14/2022 08:43:59 AM  **Num Pages:** 11 | **Book Page:** | **Related:** | **Rel Book Page:** | View Image  Add to My Images |
| | **Grantor:** ERION REAL ESTATE INVESTORS LLC | | **Grantee:** HARD MONEY PA LLC | | |
| | **Legal:** 519 N WANAMAKER ST | | | | |

4 items found, displaying all items.**1**

[Return to Search Results]