¶ Ex. 7

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:    Ryan A. Gower (312980)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  215.979.1000
Facsimile:  215.979.1020
E-mail:  rgower@duanemorris.com


*Filed and Attested by the
Office of Judicial Records
12 JUL 2023 10:43 am
E. HAURIN*

*Attorneys for Plaintiff Hard Money PA LLC*

| | |
|---|---|
| HARD MONEY PA LLC, | COURT OF COMMON PLEAS OF |
| Plaintiff, | PHILADELPHIA COUNTY |
| v. | NOVEMBER TERM 2022 |
| ERION REAL ESTATE INVESTORS, LLC STEPHEN AUGUSTUS DUFFUS-DOYLE MILDRED S. ST. FORT, | NO. 01165 |
| Defendants. | CIVIL ACTION |

<div align="center">

**PRAECIPE FOR WRIT OF EXECUTION**
**(Confession of Judgment)**

</div>

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue a writ of execution in the above matter:

| | |
|---|---|
| Amount Due | <u>$64,518.33</u> |
| Interest from 8/11/2022 | |
| at $33.33 *per diem* | $_____ |
| TOTAL DUE | $_____ |
| Plus costs as endorsed | |

<div align="center">

**DUANE MORRIS LLP**

</div>

Dated: <u>July 12, 2023</u>

<u>/s/ Ryan A. Gower</u>
By:    Ryan A. Gower (312980)
*Attorneys for Plaintiff Hard Money PA LLC*

<div align="right">

Case ID: 221101165

</div>

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:    Ryan A. Gower (312980)
30 South 17th Street
Philadelphia, PA 19103-4196          *Attorneys for Plaintiff Hard Money PA LLC*
Telephone:  215.979.1000
Facsimile:  215.979.1020
E-mail:  rgower@duanemorris.com

| | |
|---|---|
| HARD MONEY PA LLC,<br><br>                              Plaintiff, | COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY |
| v. | NOVEMBER TERM 2022 |
| ERION REAL ESTATE INVESTORS, LLC<br>STEPHEN AUGUSTUS DUFFUS-DOYLE<br>MILDRED S. ST. FORT,<br><br>                              Defendants. | NO. 01165<br><br><br>CIVIL ACTION |

**WRIT OF EXECUTION**
**(Confession of Judgment)**

COMMONWEALTH OF PENNSYLVANIA, COUNTY OF PHILADELPHIA
TO THE SHERIFF OF PHILADELPHIA COUNTY

        To satisfy the judgment, interest and costs in the above matter, you are directed to levy

upon and sell the following described property:

519 N. Wanamaker Street
Philadelphia, PA 19131
(see legal description attached)

| | |
|---|---|
| Amount Due | $64,518.33 |
| Interest from 8/11/2022 | |
| at $33.33 *per diem* | $_____ |
| TOTAL DUE | $_____ |
| Plus costs as endorsed | |

Dated:_____          _____
                                        Eric Feder, Director, Office of Judicial Records


                                        _____
        (SEAL)                          Clerk

221101165
12 JUL 2023 10:43 am
E. HAURIN

PROTHONOTARY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

Case ID: 221101165

November Term 2022, No. 01165

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

HARD MONEY PA LLC

vs.

ERION REAL ESTATE INVESTORS, LLC
STEPHEN AUGUSTUS DUFFUS-DOYLE
MILDRED S. ST. FORT

---

**WRIT OF EXECUTION**
**(Confession of Judgment)**

---

| | |
|---|---|
| Real Debt: | $64,518.33 |
| Interest:<br>  *from* 8/11/2022 | $_____ |
| Costs Paid:<br>  *Office of Judicial Records* | $_____ |
|   *Sheriff* | $_____ |
|   *Statutory* | $_____ |
| Costs due to the Office of Judicial Records | $_____ |

/s/ Ryan A. Gower
By: Ryan A. Gower (312980)
*Attorneys for Plaintiff Hard Money PA LLC*

**Where papers may be served:**

ERION REAL ESTATE INVESTORS, LLC
STEPHEN AUGUSTUS DUFFUS-DOYLE
MILDRED S. ST. FORT
130 Monument Road, Apt 513
Bala Cynwyd, PA 19004

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:     Ryan A. Gower (312980)
30 South 17th Street
Philadelphia, PA 19103-4196                    *Attorneys for Plaintiff Hard Money PA LLC*
Telephone:  215.979.1000
Facsimile:  215.979.1020
E-mail:  rgower@duanemorris.com

| | |
|---|---|
| HARD MONEY PA LLC,<br><br>                          Plaintiff,<br><br>                 v.<br><br>ERION REAL ESTATE INVESTORS, LLC<br>STEPHEN AUGUSTUS DUFFUS-DOYLE<br>MILDRED S. ST. FORT,<br><br>                          Defendants. | COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY<br><br>NOVEMBER TERM 2022<br><br>NO. 01165<br><br><br>CIVIL ACTION |

## AFFIDAVIT OF SERVICE OF SHERIFF'S SALE NOTICE
## <u>PURSUANT TO Pa.R.C.P. 3129.1</u>

Ryan A. Gower, of Duane Morris LLP, attorneys for Plaintiff in the above captioned

action, sets forth as of the date the praecipe for writ of execution was filed, the following

information concerning the real property located at 519 N. Wanamaker Street, Philadelphia, PA

19131 as more fully described in the property description attached hereto and made a part hereof.

1.      Name and address of Owners or Reputed Owners:

<u>Name</u>                                         <u>Address</u>
Erion Real Estate Investors, LLC            130 Monument Road, Apt 513
                                            Bala Cynwyd, PA 19004

Stephen Augustus Duffus-Doyle               130 Monument Road, Apt 513
                                            Bala Cynwyd, PA 19004


Mildred S. St. Fort                         130 Monument Road, Apt 513
                                            Bala Cynwyd, PA 19004

Case ID: 221101165

2.      Name and address of defendants in the judgment:

Name                                          Address
Erion Real Estate Investors, LLC              130 Monument Road, Apt 513
                                              Bala Cynwyd, PA 19004

Stephen Augustus Duffus-Doyle                 130 Monument Road, Apt 513
                                              Bala Cynwyd, PA 19004

Mildred S. St. Fort                           130 Monument Road, Apt 513
                                              Bala Cynwyd, PA 19004

3.      Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

Name                                          Address
Hard Money PA LLC                             10015 Old Columbia Road, Suite H-125
                                              Columbia, Maryland 21046

4.      Name and address of the last recorded holder of every mortgage of record:

Name                                          Address
Hard Money PA LLC                             10015 Old Columbia Road, Suite H-125
                                              Columbia, Maryland 21046

5.      Name and address of every other person who has any record lien on the property and whose interest may be affected by the sale:

Name                                          Address
None.

6.      Name and address of every other person who has any record interest in the property and whose interest may be affected by the sale:

Name                                          Address
City of Philadelphia                          1401 John F. Kennedy Boulevard
c/o Real Estate Tax Unit                      Municipal Services Building
                                              Public Services Concourse
                                              Philadelphia, PA 19102

City of Philadelphia                          1401 John F. Kennedy Boulevard
c/o Water Revenue                             Municipal Services Building
                                              Public Services Concourse
                                              Philadelphia, PA 19102

City of Philadelphia                          1401 John F. Kennedy Boulevard
c/o Business/Corporate Tax Unit               Municipal Services Building

| | Public Services Concourse<br>Philadelphia, PA 19102 |
|---|---|
| City of Philadelphia<br>c/o Law Department | 1401 John F. Kennedy Boulevard<br>Municipal Services Building, 5th Floor<br>Public Services Concourse<br>Philadelphia, PA 19102 |
| City of Philadelphia<br>Attn: Department of Revenue | 1401 John F. Kennedy Boulevard<br>Philadelphia, PA 19102 |
| City of Philadelphia<br>c/o Law Department | 1515 Arch Street, 14th Floor<br>Philadelphia, PA 19107 |
| City of Philadelphia<br>c/o Water Revenue Department | P.O. Box 41496<br>Philadelphia, PA 19101-1496 |
| City of Philadelphia<br>c/o Department of Revenue | P.O. Box 8409<br>Philadelphia, PA 19101 |
| School District of Philadelphia | 440 N. Broad Street, Suite 313<br>Philadelphia, PA 19130 |
| GRB Law | 1425 Spruce Street, Suite 100<br>Philadelphia, PA 19102 |
| Linebarger, Goggan, Blair<br>and Sampson, LLP | 4 Penn Center, 1600 JFK Boulevard<br>Suite 910<br>Philadelphia, PA 19102 |
| Philadelphia City Tax Office | PO Box 8409<br>Philadelphia, PA 19101 |
| Philadelphia Water and Sewer<br>Bureau | PO Box 41496<br>Philadelphia, PA 19101 |

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale (i.e. Tenants):

| Name | Address |
|---|---|
| Tenant | 519 N. Wanamaker Street<br>Philadelphia, PA 19131 |
| Philadelphia County Domestic<br>Relations Office | 34 South 11th Street<br>Philadelphia, PA 19107 |
| PA Dept. of Public Welfare – | 25 S. Front Street |

Bureau of Child Support                          Harrisburg, PA 17101


Commonwealth of PA                               625 Forster Street
Department of Human Services                     Harrisburg, PA 17120

Pennsylvania Dept of Revenue                     PO Box 280948
Bureau of Compliance                             Harrisburg, PA 17128


      I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief.  I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

**DUANE MORRIS LLP**


Dated: <u>July 12, 2023</u>                     <u>/s/ Ryan A. Gower</u>
                                                 By:    Ryan A. Gower (312980)
                                                 *Attorneys for Plaintiff Hard Money PA LLC*

Case ID: 221101165

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:     Ryan A. Gower (312980)
30 South 17th Street
Philadelphia, PA 19103-4196                    *Attorneys for Plaintiff Hard Money PA LLC*
Telephone:  215.979.1000
Facsimile:  215.979.1020
E-mail:  rgower@duanemorris.com

| | |
|---|---|
| HARD MONEY PA LLC,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>ERION REAL ESTATE INVESTORS, LLC<br>STEPHEN AUGUSTUS DUFFUS-DOYLE<br>MILDRED S. ST. FORT,<br><br>                                    Defendants. | COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY<br><br>NOVEMBER TERM 2022<br><br>NO. 01165<br><br><br><br>CIVIL ACTION |

**THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. THIS NOTICE IS SENT TO YOU IN AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY AS ENFORCEMENT OF LIEN AGAINST PROPERTY.**

### NOTICE OF SHERIFF'S SALE OF REAL PROPERTY

TO:

Erion Real Estate Investors, LLC          Stephen Augustus Duffus-Doyle
130 Monument Road, Apt 513               130 Monument Road, Apt 513
Bala Cynwyd, PA 19004                    Bala Cynwyd, PA 19004

Mildred S. St. Fort
130 Monument Road, Apt 513
Bala Cynwyd, PA 19004

Your house at 519 N. Wanamaker Street, Philadelphia, PA 19131 is scheduled to be sold at the Public on- line auction conducted by Bid4Assets, 8757 Georgia, Ave., Suite 520, Silver Springs, MD 20910 on October 3, 2023 at 10:00 AM prevailing time, by accessing the web address: www.bid4assets.com/philaforeclosures, to enforce the court judgment of $64,518.33 obtained by Hard Money PA LLC against you.

Case ID: 221101165

### NOTICE OF OWNER'S RIGHTS
### YOU MAY BE ABLE TO PREVENT THIS SHERIFF'S SALE

To prevent this Sheriff's Sale you must take **immediate action**:

1.  The sale will be cancelled if you pay to Hard Money PA LLC, the back payments, late charges, costs and reasonable attorney's fees due.  To find out how much you must pay, you may call our office at 215-979-1000.

2.  You may be able to stop the sale by filing a petition asking the Court to strike or open the judgment, if the judgment was improperly entered.  You may also ask the Court to postpone the sale for good cause.

3.  You may also be able to stop the sale through other legal proceedings.

4.  You may need  an attorney to assert your rights.  The sooner you contact one, the more chance you will have of stopping the sale.  (See notice below on how to obtain an attorney.)

### YOU MAY STILL BE ABLE TO SAVE YOUR PROPERTY AND YOU HAVE OTHER RIGHTS EVEN IF THE SHERIFF'S SALE DOES TAKE PLACE

1.  If the Sheriff's Sale is not stopped, your property will be sold to the highest bidder.  You may find out the bid price by calling Duane Morris LLP at 215-979-1000.

2.  You may be able to petition the Court to set aside the sale if the bid price was grossly inadequate compared to the value of your property.

3.  The sale will go through only if the buyer pays the Sheriff the full amount due in the sale. To find out if this has happened, you may call the Sheriff of Philadelphia County at 215-686-3534.

4.  If the amount due from the Buyer is not paid to the Sheriff, you will remain the owner of the property as if the sale never happened.

5.  You have a right to remain in the property until the full amount due is paid to the Sheriff and the Sheriff gives a deed to the buyer.  At that time, the buyer may being legal proceedings to evict you.

6.  You may be entitled to a share of the money which was paid for your house.  A schedule of distribution of the money bid for your house will be filed by the Sheriff within thirty (30) days from the date of the Sheriff's Sale.  This Schedule will state who will be receiving that money. The money will be paid out in accordance with this schedule unless exceptions (reasons why the proposed distribution is wrong) are filed with the Sheriff within ten (10) days after the Schedule of Distribution is filed.

7.  You may have other rights and defenses, or ways of getting your house back, if you act immediately after the sale.

8. You may contact the Foreclosure Resource Center: http://www.philadelphiafed.org/foreclosure/

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE, IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE LISTED BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

**Philadelphia Bar Association**
**Lawyer Referral and Information Service**
**One Reading Center**
**Philadelphia, PA 19107**
**Telephone: 215-238-1701**

**Asociacion De Licenciados De Filadelfia**
**Servicio De Referencia E Informacion Legal**
**One Reading Center**
**Filadelfia, PA 19107**
**Telefono: 215-238-1701**

Case ID: 221101165

# LEGAL DESCRIPTION

November Term 2022, No. 01165
Judgment: $64,518.33
Attorneys: Duane Morris LLP (Ryan A. Gower, Esq.)

**ALL THAT CERTAIN** lot or piece of ground with the two story brick messuage or tenement thereon erected.

**SITUATE** on the East of Wanamaker Street at the distance of 360 feet 6 inches Southward from the South side of Girard Avenue.

**CONTAINING** in front or breadth on Wanamaker Street 15 feet and extending in length or depth Eastward of that width between parallel lines at right angles to Wanamaker Street 55 feet to a certain 3 feet wide alley which extends Northward into Girard Avenue and Southward into a certain other 3 feet wide alley which last mentioned alley leads Southeastward from Wanamaker Street to 58th Street.

**BEING NO.** 519 N. Wanamaker Street, Philadelphia, PA 19131

BEING THE SAME PREMISES WHICH PATRICE LAPORTE BY DEED DATED JANUARY 21, 2019 AND RECORDED JANUARY 28, 2019 IN DOCUMENT ID # 53470588, GRANTED AND CONVEYED UNTO ERION REAL ESTATE INVESTORS, LLC, IN FEE.

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:     Ryan A. Gower (312980)
30 South 17th Street
Philadelphia, PA 19103-4196                    *Attorneys for Plaintiff Hard Money PA LLC*
Telephone:  215.979.1000
Facsimile:  215.979.1020
E-mail:  rgower@duanemorris.com

| | |
|---|---|
| HARD MONEY PA LLC,<br><br>                          Plaintiff,<br><br>                    v.<br><br>ERION REAL ESTATE INVESTORS, LLC<br>STEPHEN AUGUSTUS DUFFUS-DOYLE<br>MILDRED S. ST. FORT,<br><br>                          Defendants. | COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY<br><br>NOVEMBER TERM 2022<br><br>NO. 01165<br><br><br>CIVIL ACTION |

## CERTIFICATION TO THE SHERIFF

Address of the Property or Premises:                    Book & Writ Number

  519 N. Wanamaker Street, Philadelphia, PA 19131

        This certifies that the 3129 Affidavit for the above-mentioned property is correct, complete, accurate and current to the date of filing the praecipe for writ of execution.  This certifies that the Attorney on the Writ will indemnify the Sheriff of the City and County of Philadelphia for any costs and/or claims arising out of any and all inaccuracies in, and/or failure to cure in said 3129 Affidavit, and further Fraudulent practice(s) on the part of the plaintiff shall invalidate the sale.  I further certify that my client, the Plaintiff, has not engaged in any fraudulent practices with regards to these particular mortgages.  Criminal prosecution may result from any fraudulent practices with regards to these particular mortgages.

                          **DUANE MORRIS LLP**


Dated: July 12, 2023                    /s/ Ryan A. Gower
                          By:    Ryan A. Gower (312980)
                          *Attorneys for Plaintiff Hard Money PA LLC*

Case ID: 221101165

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:     Ryan A. Gower (312980)
30 South 17th Street
Philadelphia, PA 19103-4196          *Attorneys for Plaintiff Hard Money PA LLC*
Telephone:  215.979.1000
Facsimile:  215.979.1020
E-mail:  rgower@duanemorris.com

| | |
|---|---|
| HARD MONEY PA LLC,<br><br>                              Plaintiff, | COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY |
| v. | NOVEMBER TERM 2022 |
| ERION REAL ESTATE INVESTORS, LLC<br>STEPHEN AUGUSTUS DUFFUS-DOYLE<br>MILDRED S. ST. FORT,<br><br>                              Defendants. | NO. 01165<br><br><br>CIVIL ACTION |

## <u>CERTIFICATE TO THE SHERIFF</u>

I HEREBY CERTIFY:

1.     The judgment entered in the within captioned matter is based on an action in Confession of Judgment.

2.     Defendant, Erion Real Estate Investors, LLC, own the property exposed to sale.

3.     Defendants Erion Real Estate Investors, LLC, Stephen Augustus Duffus-Doyle and Mildred S. St. Fort are residents of the Commonwealth of Pennsylvania.

**DUANE MORRIS LLP**

Dated: <u>July 12, 2023</u>                    <u>/s/ Ryan A. Gower</u>
                                   By:    Ryan A. Gower (312980)
                                   *Attorneys for Plaintiff Hard Money PA LLC*

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:    Ryan A. Gower (312980)
30 South 17th Street
Philadelphia, PA 19103-4196          *Attorneys for Plaintiff Hard Money PA LLC*
Telephone:  215.979.1000
Facsimile:  215.979.1020
E-mail:  rgower@duanemorris.com

| | |
|---|---|
| HARD MONEY PA LLC, | COURT OF COMMON PLEAS OF |
| Plaintiff, | PHILADELPHIA COUNTY |
| | |
| v. | NOVEMBER TERM 2022 |
| | |
| ERION REAL ESTATE INVESTORS, LLC | NO. 01165 |
| STEPHEN AUGUSTUS DUFFUS-DOYLE | |
| MILDRED S. ST. FORT, | |
| Defendants. | CIVIL ACTION |

## CERTIFICATION AS TO THE SALE OF REAL ESTATE

I, Ryan A. Gower, of Duane Morris LLP, counsel for Plaintiff Hard Money PA LLC

hereby certify that Duane Morris LLP is the attorney of record for the Plaintiff in the above-

captioned Confession of Judgment matter.

I further certify that the subject property 519 N. Wanamaker Street, Philadelphia, PA

19131 is not a residential property, and as such, is not subject to the provisions of Act 6 of 1974

and Act 91 of 1983.

**DUANE MORRIS LLP**

Dated: July 12, 2023          /s/ Ryan A. Gower
                             By:    Ryan A. Gower (312980)
                             *Attorneys for Plaintiff Hard Money PA LLC*

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:     Ryan A. Gower (312980)
30 South 17th Street
Philadelphia, PA 19103-4196                    *Attorneys for Plaintiff Hard Money PA LLC*
Telephone:  215.979.1000
Facsimile:  215.979.1020
E-mail:  rgower@duanemorris.com

| | |
|---|---|
| HARD MONEY PA LLC,<br><br>                             Plaintiff, | COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY |
|                    v. | NOVEMBER TERM 2022 |
| ERION REAL ESTATE INVESTORS, LLC<br>STEPHEN AUGUSTUS DUFFUS-DOYLE<br>MILDRED S. ST. FORT,<br>                             Defendants. | NO. 01165<br><br><br>CIVIL ACTION |

Location:                    519 N. Wanamaker Street, Philadelphia, PA 19131

Improvement Area
Property Dimensions:        1,220 Square Feet

Land Area
Property Dimensions:        825 Square Feet

OPA Account No.:            043140900

Ward:                        4th

Improvements:              ROW B 2 STY

Subject to Mortgage:        No

Subject to Rent:            No

C.P. No.:                    November Term 2022, No. 01165

Judgment:                    $64,518.33

Attorneys:                    Duane Morris LLP (Ryan A. Gower)

Case ID: 221101165

To be sold as the Property of: Erion Real Estate Investors, LLC, Stephen Augustus Duffus-Doyle, Mildred S. St. Fort

Philadelphia Sheriff Rochelle Bilal

# LEGAL DESCRIPTION

November Term 2022, No. 01165
Judgment: $64,518.33
Attorneys: Duane Morris LLP (Ryan A. Gower, Esq.)

**ALL THAT CERTAIN** lot or piece of ground with the two story brick messuage or tenement thereon erected.

**SITUATE** on the East of Wanamaker Street at the distance of 360 feet 6 inches Southward from the South side of Girard Avenue.

**CONTAINING** in front or breadth on Wanamaker Street 15 feet and extending in length or depth Eastward of that width between parallel lines at right angles to Wanamaker Street 55 feet to a certain 3 feet wide alley which extends Northward into Girard Avenue and Southward into a certain other 3 feet wide alley which last mentioned alley leads Southeastward from Wanamaker Street to 58th Street.

**BEING NO.** 519 N. Wanamaker Street, Philadelphia, PA 19131

BEING THE SAME PREMISES WHICH PATRICE LAPORTE BY DEED DATED JANUARY 21, 2019 AND RECORDED JANUARY 28, 2019 IN DOCUMENT ID # 53470588, GRANTED AND CONVEYED UNTO ERION REAL ESTATE INVESTORS, LLC, IN FEE.

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:     Ryan A. Gower (312980)
30 South 17th Street
Philadelphia, PA 19103-4196          *Attorneys for Plaintiff Hard Money PA LLC*
Telephone:  215.979.1000
Facsimile:  215.979.1020
E-mail:  rgower@duanemorris.com

| | |
|---|---|
| HARD MONEY PA LLC, <div align="right">Plaintiff,</div> | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY |
| v. | NOVEMBER TERM 2022 |
| ERION REAL ESTATE INVESTORS, LLC STEPHEN AUGUSTUS DUFFUS-DOYLE MILDRED S. ST. FORT, <div align="right">Defendants.</div> | NO. 01165 <br><br> CIVIL ACTION |

<u>**CERTIFICATE TO THE SHERIFF**</u>

I HEREBY CERTIFY THAT:

1.      The judgment entered in the above matter is based on an action:
 _____ A. In Assumpsit (Contract)
 _____ B. In Trespass (Accident)
 **_____** C. Money Judgment
 __X__ D. Confessed Judgment (Pa RCP # 2950)
 _____ E. In Mortgage Foreclosure
 _____ F. On a note accompanying a purchase money mortgage and the property
 being exposed to sale is the mortgaged property.

2.      The defendants own the property being exposed to sale as:
 _____ A. An individual
 **_____** B. Tenants by Entireties
 _____ C. Joint tenants with right of survivorship
 _____ D. A Partnership
 _____ E. Tenants in Common
 __X__ F. A Corporation

3.      The defendants are:
 __X__ A.  Residents in the Commonwealth of Pennsylvania
 _____ B. Not Resident in the Commonwealth of Pennsylvania

Case ID: 221101165

_____ C. If more than one defendant and either A or B above not applicable, state which defendants are residents of the Commonwealth of Pennsylvania.

Residents: _____

This certification must be signed by the attorney of record if an appearance has been entered; otherwise certification must be signed by Plaintiff.

**DUANE MORRIS LLP**

Dated: <u>July 12, 2023</u>

<u>/s/ Ryan A. Gower</u>
By:    Ryan A. Gower (312980)
*Attorneys for Plaintiff Hard Money PA LLC*

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:     Ryan A. Gower (312980)
30 South 17th Street
Philadelphia, PA 19103-4196            *Attorneys for Plaintiff Hard Money PA LLC*
Telephone:   215.979.1000
Facsimile:   215.979.1020
E-mail:   rgower@duanemorris.com

| | |
|---|---|
| HARD MONEY PA LLC, | COURT OF COMMON PLEAS OF |
| Plaintiff, | PHILADELPHIA COUNTY |
| v. | NOVEMBER TERM 2022 |
| ERION REAL ESTATE INVESTORS, LLC STEPHEN AUGUSTUS DUFFUS-DOYLE MILDRED S. ST. FORT, | NO. 01165 |
| Defendants. | CIVIL ACTION |

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

**DUANE MORRIS LLP**

Dated: <u>July 12, 2023</u>                    <u>/s/ Ryan A. Gower</u>
                    By:    Ryan A. Gower (312980)
                    *Attorneys for Plaintiff Hard Money PA LLC*