¶ Ex. 8

# Sheriff's Sale Notices for October 3, 2023

**SHERIFF'S SALE**

**SPECIAL NOTE:** All Sheriff's Sales are conducted pursuant to the orders of the Courts and Judges of the First Judicial District. Only properties that are subject to judgments issued by the First Judicial District are listed for sale. By law, the Sheriff's Office cannot decide if a property can be listed for sale; only the District Courts can order a property to be sold at auction.

## FIRST PUBLICATION

Properties to be sold by the Office of the Sheriff, City and County of Philadelphia, on Tuesday, October 3, 2023 at:

https://www.bid4assets.com/philadelphia
10:00 AM EDT
Rochelle Bilal, Sheriff

**PHILADELPHIA COUNTY MORTGAGE FORECLOSURE CONDITIONS OF SALE**

1. Based on the health and safety recommendations of the Centers for Disease Control and Prevention ("CDC") and Pennsylvania Department of Health ("Department of Health") due to the COVID-19 pandemic, the scheduled sale shall be conducted virtually at Bid4Assets.com ("Bid4Assets").

2. YOU MUST BE EIGHTEEN (18) YEARS OF AGE OR OLDER TO BID.

3. All bidders must complete the Bid4Assets online registration process to participate in the auction ("Auction"). All bidders must submit a Ten Thousand Dollars ($10,000.00) deposit ("Deposit") plus a Thirty-Five Dollars ($35.00) non-refundable processing fee to Bid4Assets before the start of the Auction. Such single Deposit shall be associated with the Auction held as of this date ("Auction Date") and shall allow a bidder to bid on all of the properties that are listed on the Auction Date. The Deposit will be applied to the 10% down payment required for all purchased properties. If the Deposit exceeds the 10% down payment required for all purchased properties, the excess will be applied towards the total balance due. If the 10% down payment required for all purchased properties is greater than the $10,000.00 Deposit, the balance due to reach the 10% down payment amount is due by 5:00PM on the next business day after the auction date.

4. All properties are sold "AS IS" with NO expressed or implied warranties or guarantees whatsoever. The Sheriff and Bid4Assets shall not be liable as a result of any cause whatsoever for any loss or damage to the properties sold. In anticipation of participating in the Auction and purchasing a property, the bidder assumes all responsibility for due diligence. It is the responsibility of the bidder to investigate any and all liens, encumbrances and/or mortgages held against the property which may not be satisfied by the post-sale Schedule of Proposed Distribution under Pa. R.C.P. 3136 ("Schedule of Proposed Distribution").

5. The plaintiff's attorney shall submit the plaintiff's upset price ("Upset Price") to Bid4Assets, via the attorney online portal, at least one (1) hour prior to the start of the Auction. The Upset Price is the least amount the plaintiff will accept for a property. The Sheriff's costs will be added to the Upset Price to determine the reserve price for the auction. The reserve price is the minimum dollar amount the Sheriff will accept for the sale to go to a third-party bidder. Bidders will not know what the reserve price is, but they will see when the reserve price has been met.

6. The sale of the property will not be stopped unless The Sheriff's Office is contacted by the Attorney on the Writ, by Court Order or at the discretion of the Sheriff.

7. If the reserve price is met, the highest bidder shall be the purchaser. By close of business the next business day after the auction, the purchaser is responsible for 10% of the purchase price for each property purchased plus a buyer's premium of 1.5% of the total purchase price of each property purchased. The purchaser shall pay the balance of 90% of the purchase price for each property purchased plus a $35 processing fee by 5:00PM EST on the fifteenth (15th) calendar day following the Auction Date unless that day falls on a holiday or weekend day, then the balance is due on the next business day by 5:00PM EST. Payments are due as stated above, NO EXTENSIONS AND NO EXCEPTIONS.

8. Failure to comply with the Conditions of Sale including, but not limited to, the failure to pay the remaining balance by any due date (the 10% down payment due date is the day following the auction; the 90% balance due date is 15 days after the auction date) and complying with all post-sale instructions required by the Sheriff and Bid4Assets, shall result in a default ("Default") and the down payment shall be forfeited by the bidder.

9. If a bidder wins multiple properties and does not comply with the conditions of sale for each property he is deemed in Default and all of the consequences of a Default will apply.

10. The highest bidder shall be responsible for any and all post sale costs that are imposed by law, which are incurred by the Sheriff. Please be advised that the Realty Transfer Taxes have been calculated and included in the bid amounts.

11. On any auction that results in a third-party sale, the bidder who was directly outbid by the highest bidder will be given the option to register as a second bidder. If the second bidder accepts this option, he/she agrees to purchase the property for the same price as the highest bidder. The second bidder shall deposit 10% of the purchase price by 5:00PM EST on the first (1st) business day following the auction date. On that date the second bidder will be apprised of the status of the winning bidder's deposit, and shall be told his/her 10% will be kept on deposit. The second bidder shall also be told he/she is liable for the 90% balance fifteen (15) calendar days from this date, if the highest bidder does not comply. If the highest bidder did not complete the sale, second bidder will have five (5) calendar days to complete the sale. If that 5th day falls on a holiday or weekend day, then the balance is due on the next business day by 5:00PM EST. If the second bidder is non-compliant he/she will forfeit his/her deposit to Sheriff. If the highest bidder completes the transaction, the second bidder will get his/her deposit refunded within 10 business days.

12. The Sheriff's Office, in its sole discretion, may cancel the sale after the auction closes for any reason.

13. The Plaintiff shall submit any pre-sale postponements or stays to the Philadelphia Sheriff's Office prior to 3:00PM the day before the auction.

14. The Plaintiff's attorney shall enter any auction day postponements or stays on his/her Bid4Assets attorney portal. This includes any postponement or stay that was not submitted to the Philadelphia Sheriff's Office prior to the 3:00PM deadline the day before and any postponement or stay that occurs during the auction.

15. The Plaintiff, pursuant to Court Order, may cancel the sale after the Auction closes for any reason.

16. All bidding after the minimum bid, as described in Paragraph 4., shall be in increments of at least One Thousand Dollars ($1,000.00)

17. If the Sheriff's grantee is to be anyone other than the purchaser registered with Bid4Assets, a notarized written assignment of bid must be filed with the Sheriff's Office of Philadelphia.

18. The Sheriff will not acknowledge a deed poll to any individual or entity using an unregistered fictitious name and may, at the discretion of the Sheriff, require proof of identity of the purchaser or the registration of fictitious names. The bid of an unregistered fictitious name shall be forfeited as if the bidder failed to meet the terms of sale.

19. The Sheriff reserves the right to refuse purchase from bidders who have failed to enter deposits, failed to make settlement or for any other reason at Sheriff's sole discretion and further reserves the right to deny access to future sales for a period of time as determined bythe Sheriff.

20. The Sheriff will file in the Prothonotary's office a Schedule of Distribution Thirty (30) Days from the date of sale of Real Estate. Distribution will be made in accordance with the Schedule unless exceptions are filed thereto within Ten (10) days thereafter. Any balance exceeding the payouts per the Schedule of Distribution and Exceptions thereto, shall be paid to the homeowner at the time of sale.

21. When the Sheriff's Deed Poll is issued to the winning bidder, he/she becomes the official new owner of the property. If the property is occupied, the new owner must start a judicial procedure for ejectment to have the occupant removed.

22. All auctions are conducted pursuant to Pennsylvania Rules of Civil Procedure and the local rules of the City and County of Philadelphia.

**WARNING:** All Sheriff's Sales are strictly monitored for any and all suspicious and fraudulent activity (Including but not limited to Computer, Identity, Bank, Wire, etc.). If the Sheriff's office detects any suspicious and/or fraudulent activity during any sale, at the Sheriff's discretion, the bidder's account shall be suspended for whatever action deemed appropriate. Furthermore, those individuals face both criminal and civil liability and will be prosecuted to the fullest extent of the law.

Very truly yours,
ROCHELLE BILAL, Sheriff
City and County of Philadelphia
www.OfficeofPhiladelphiaSheriff.com

## SHERIFF'S SALE OF TUESDAY, OCTOBER 3, 2023

**2310-301**
**7006 Torresdale Avenue 19135** 41st WD 3803 Sq. Ft. BRT# 412400300 Improvements: Residential Property
2310-301 C.P. Feb 2000 No. 02366 $90,288.93 KML Law Group, P.C.

**2310-302**
**3307 Decatur Street 19136** 64th WD 2,064 Sq. Ft. BRT# 642291800 Improvements: Residential Property
2310-302 C.P. Apr 2022 No. 02226 $146,740.23 KML Law Group, P.C.

**2310-303**
**1846 East Russell Street 19134** 45th WD 601.88 Sq. Ft. BRT# 452089000 Improvements: Residential Property
2310-303 C.P. Mar 2022 No. 02393 $33,848.23 KML Law Group, P.C.

**2310-304**
**6618 N 13th Street 19126** 61st WD 1,968 Sq. Ft. BRT# 611195800 Improvements: Residential Property Subject to Mortgage
2310-304 C.P. Nov 2022 No. 00552 $81,716.78 Brock & Scott, PLLC

**2310-305**
**5242 Sylvester Street 19124** 62nd WD 1582 Sq. Ft. BRT# 621363900 Improvements: Residential Property
2310-305 C.P. Mar 2021 No. 01342 $100,748.10 KML Law Group, P.C.

**2310-306**
**4647 Walnut Street 19139** 60th WD 1881 Sq. Ft. BRT# 601042200 Improvements: Residential Property Subject to Mortgage
2310-306 C.P. May 2022 No. 00472 $14,325.94 Brock & Scott PLLC

**2310-307**
**9311 Voits Lane 19115** 56th WD 3,117 Sq. Ft. BRT# 562396360 Improvements: Residential Property
2310-307 C.P. May 2022 No. 00594 $185,427.3 Brock & Scott PLLC

**2310-308**
**1216 Overington Street 19124** 23rd WD 1,200.00 Sq. Ft. BRT# 234075900 Improvements: Residential Property
2310-308 C.P. Aug 2022 No. 02625 $65,941.16 Brock & Scott PLLC

**2310-309**
**5227 Heston Street 19131** 52nd WD 1,122 Sq. Ft. BRT# 521039400 Improvements: Residential Property
2310-309 C.P. May 2023 No. 00822 $43,137.33 Hladik Onorato And Federman LLP

**2310-310**
**3559 Churchill Lane 19114** 66th WD 2,046 Sq. Ft. BRT# 661177200 Improvements: Residential Property
2310-310 C.P. Jan 2021 No. 00397 $193,490.77 Pincus Law Group, PLLC

**2310-311**
**438 E Auburn Street 19134** 7th WD 994 Sq. Ft. BRT# 71208300 Improvements: Residential Property Subject to Mortgage
2310-311 C.P. Oct 2022 No. 02307 $42,517.52 Brock & Scott PLLC

**2310-312**
**5725 N 19th Street 19141** 17th WD 1,332 Sq. Ft. BRT# 172338200 Improvements: Residential Property
2310-312 C.P. Oct 2022 No. 01063 $133,880.58 Brock & Scott PLLC

**2310-313**
**7906 Cadillac Lane 19128** 21st WD 7,209 Sq. Ft. BRT# 214247608 Improvements: Residential Property Subject to Mortgage
2310-313 C.P. Apr 2022 No. 02607 $284,083.79 Brock & Scott PLLC

**2310-314**
**722 East Upsal Street 19119** 22nd WD 1,888 Sq. Ft. BRT# 221087200 Improvements: Residential Property
2310-314 C.P. Oct 2021 No. 00682 $252,501.64 Logs Legal Group LLP

**2310-315**
**4721 Meridian Street 19136** 65th WD 1,056 Sq. Ft. BRT# 651162200 Improvements: Residential Property Subject to Mortgage
2310-315 C.P. Oct 2022 No. 02650 $72,033.69 Brock & Scott PLLC

**2310-316**
**508 South 57th Street 19143** 46th WD 1,520 Sq. Ft. BRT# 463242900 Improvements: Residential Property
2310-316 C.P. Nov 2021 No. 00241 $135,337.84 KML Law Group, P.C.

**2310-317**
**1535 South Mole Street 19146** 36th WD 658 Sq. Ft. BRT# 365099000 Improvements: Residential Property
2310-317 C.P. Sept 2021 No. 02216 $168,192.87 KML Law Group, P.C.

**2310-318**
**5258 Delancey Street 19143** 60th WD 893 Sq. Ft. BRT# 602123400 Improvements: Residential Property
2310-318 C.P. Apr 2022 No. 01349 $116,614.68 KML Law Group, P.C.

**2310-319**
**3610 Jasper Street 19134** 45th WD 929 Sq. Ft. BRT# 452387200 Improvements: Residential Property
2310-319 C.P. Jan 2022 No. 01897 $51,491.43 KML Law Group, P.C.

**2310-320**
**7737 Whitaker Avenue 19111** 56th WD 3675 Sq. Ft. BRT# 561085400 Improvements: Residential Property
2310-320 C.P. Jan 2022 No. 00829 $212,063.36 KML Law Group, P.C.

**2310-321**
**207 Watkins Street 19148** 1st WD 1,154 Sq. Ft. BRT# 11118600 Improvements: Residential Property
2310-321 C.P. Mar 2022 No. 02729 $151,883.87 McCabe, Weisbers & Conway, LLC

**2310-322**
**367 E Cliveden Street 19119** 22nd WD 1,456 Sq. Ft. BRT# 221050800 Improvements: Residential Property
2310-322 C.P. Nov 2021 No. 01139 $160,152.29 McCabe, Weisbers & Conway, LLC

**2310-323**
**1932 East Tioga Street 19134** 45th WD 1,184 Sq. Ft. BRT# 452102500 Improvements: Residential Property Subject to Mortgage
2310-323 C.P. Nov 2022 No. 02472 $68,729.81 Brock & Scott PLLC

**2310-324**
**1700 Webster Street 19146** 30th WD 560 Sq. Ft. BRT# 871539850 Improvements: Residential Property
2310-324 C.P. May 2022 No. 00589 $97,583.33 Brock & Scott PLLC

**2310-325**
**2443 Memphis Street 19125** 31st WD 1,064 Sq. Ft. BRT# 312022100 Improvements: Residential Property
2310-325 C.P. Oct 2022 No. 01109 $61,101.21 Hill Wallack LLP

**2310-326**
**1415 Grays Ferry Avenue 19143** 27th WD 756 Sq. Ft. BRT# 273032300 Improvements: Residential Property
2310-326 C.P. Mar 2023 No. 00122 $226,696.5 Hill Wallack LLP

**2310-327**
**4204 Passmore Street 19135** 55th WD 1107.72 Sq. Ft. BRT# 552095700 Improvements: Residential Property
2310-327 C.P. Jul 2022 No. 02563 $127,741.27 KML Law Group, P.C.

**2310-328**
**2820 Woodhaven Road 19154** 66th WD 1248 Sq. Ft. BRT# 662613000 Improvements: Residential Property
2310-328 C.P. Apr 2022 No. 02117 $113,000.23 McCabe, Weisbers & Conway, LLC

**2310-329**
**2815 North 24th Street 19132** 11th WD 1,296 Sq. Ft. BRT# 111442000 Improvements: Residential Property
2310-329 C.P. Jan 2022 No. 01991 $46,318.44 KML Law Group, P.C.

**2310-330**
**1543 N Bouvier Street 19121** 47th WD 1,062 Sq. Ft. BRT# 471275400 Improvements: Residential Property
2310-330 C.P. Oct 2017 No. 00970 $252,202.43 Milstead & Associates LLC

**2310-331**
**147 Fern Street A/K/A 147 West Fern Street 19120** 61st WD 1,027.5 Sq. Ft. BRT# 612210300 Improvements: Residential Property
2310-331 C.P. Nov 2014 No. 03056 $93,305.81 KML Law Group, P.C.

**2310-332**
**3108 North 34th Street 19132** 38th WD 1186.6 Sq. Ft. BRT# 382198700 Improvements: Residential Property
2310-332 C.P. Jan 2023 No. 01858 $58,004.50 KML Law Group, P.C.

**2310-333**
**10211 Ambridge Place 19114** 66th WD 2,728 Sq. Ft. BRT# 661047000 Improvements: Residential Property
2310-333 C.P. Jun 2019 No. 07211 $79,379.64 KML Law Group, P.C.

**2310-334**
**124 E Wishart Street A/K/A 124 East Wishart Street 19134** 7th WD 689.92 Sq. Ft. BRT# 71286300 Improvements: Residential Property
2310-334 C.P. Dec 2022 No. 00180 $32,411.11 KML Law Group, P.C.

**2310-335**
**1218 Atwood Road 19151** 34th WD 1,331 Sq. Ft. BRT# 344339800 Improvements: Residential Property
2310-335 C.P. Oct 2022 No. 02177 $30,540.07 Brock & Scott PLLC

**2310-336**
**838 Snyder Avenue 19148** 39th WD 1,088 Sq. Ft. BRT# 393292600 Improvements: Residential Property
2310-336 C.P. Jul 2022 No. 00606 $118,965.16 Brock & Scott PLLC

**2310-337**
**319 Krams Avenue 19128** 21st WD 1,440 Sq. Ft. BRT# 211386900 Improvements: Residential Property
2310-337 C.P. Nov 2022 No. 02769 $192,258.49 Hill Wallack LLP

**2310-338**
**10017 Warfield Place 19114** 66th WD 3,016 Sq. Ft. BRT# 661030400 Improvements: Residential Property
2310-338 C.P. Nov 2022 No. 01067 $216,723.11 Brock & Scott PLLC

**2310-339**
**2418 North 16th Street 19132** 16th WD 1,430.00 Sq. Ft. BRT# 161081800 Improvements: Residential Property
2310-339 C.P. Oct 2022 No. 02651 $75,834.92 Brock & Scott PLLC

**2310-340**
**1918 Montrose Street 19146** 30th WD 1,590 Sq. Ft. BRT# 301219500 Improvements: Residential Property
2310-340 C.P. May 2010 No. 03329 $125,569.26 Hill Wallack LLP

**2310-341**
**423 North Salford Street 19151** 4th WD 1,278 Sq. Ft. BRT# 42259400 Improvements: Residential Property
2310-341 C.P. Aug 2019 No. 00097 $150,655.35 Logs Legal Group LLP

**2310-342**
**3860 Etta Street 19114** 57th WD 7,616 Sq. Ft. BRT# 572138399 Improvements: Residential Property
2310-342 C.P. Dec 2018 No. 01113 $269,084.35 Logs Legal Group LLP

**2310-343**
**1335 North Hobart Street 19131** 4th WD 855 Sq. Ft. BRT# 43160100 Improvements: Residential Property Subject to Mortgage
2310-343 C.P. Jan 2023 No. 03146 $169,559.07 Friedman Vartolo LLP

**2310-344**
**2429 Christian Street 19146** 30th WD 1,612 Sq. Ft. BRT# 302135400 Improvements: Residential Property
2310-344 C.P. Dec 2021 No. 01192 $518,340.47 Logs Legal Group LLP

## SHERIFF'S SALE

**2310-345**
**2925 C Street 19134** 7th WD 14,732 Sq. Ft. BRT# 884523350 Improvements: Residential Property
2310-345 C.P. Apr 2017 No. 03425 $453,675.72 Grady Law Firm

**2310-346**
**8020 Brunswick Avenue 19153** 40th WD 1,152 Sq. Ft. BRT# 405190212 Improvements: Residential Property
2310-346 C.P. Jul 2022 No. 00898 $102,849.07 Logs Legal Group LLP

**2310-347**
**1530 W Lehigh Avenue 19132** 16th WD 2000 Sq. Ft. BRT# 161323700 Improvements: Residential Property
2310-347 C.P. Dec 2020 No. 01436 $164,053.94 Manley Deas Kochalski LLC

**2310-348**
**3718 North Bouvier Street 19140** 13th WD 1,182 Sq. Ft. BRT# 131238400 Improvements: Residential Property
2310-348 C.P. June 2022 No. 00513 $88,688.44 Manley Deas Kochalski LLC

**2310-349**
**5937 Lansdowne Avenue 19151** 34th WD 1,425 Sq. Ft. BRT# 871546110 Improvements: Residential Property
2310-349 C.P. Nov 2019 No. 00015 $149,082.37 Manley Deas Kochalski LLC

**2310-350**
**1033 E Hortter Street 19150** 50th WD 2,500 Sq. Ft. BRT# 502344700 Improvements: Residential Property
2310-350 C.P. Dec 2020 No. 01278 $121,587.93 Manley Deas Kochalski LLC

**2310-351**
**1233 N 60th Street 19151** 34th WD 1,376 Sq. Ft. BRT# 342187601 Improvements: Residential Property
2310-351 C.P. Nov 2022 No. 02365 $62,641.81 Manley Deas Kochalski LLC

**2310-352**
**1137 East Phil-Ellena Street 19150** 50th WD 1170 Sq. Ft. BRT# 502361700 Improvements: Residential Property
2310-352 C.P. Nov 2019 No. 00933 $156,652.19 McCabe, Weisbers & Conway, LLC

**2310-353**
**3519 North 15th Street 19140** 11th WD 1,732 Sq. Ft. BRT# 112170300 Improvements: Residential Property
2310-353 C.P. May 2016 No. 02424 $65,211.03 McCabe, Weisbers & Conway, LLC

**2310-354**
**866 North 50th Street 19139** 44th WD 1435.00 Sq. Ft. BRT# 442231300 Improvements: Residential Property
2310-354 C.P. Oct 2022 No. 02279 $66,084.16 Richard M. Squire & Associates, LLC

**2310-355**
**139 North 55th Street 19139** 4th WD 1,050.1 Sq. Ft. BRT# 41159100 Improvements: Residential Property
2310-355 C.P. Oct 2018 No. 00989 $98,986.58 KML Law Group P.C.

**2310-356**
**143 Durfor Street 19148** 39th WD 658 Sq. Ft. BRT# 391113400 Improvements: Residential Property
2310-356 C.P. Aug 2020 No. 02515 $153,985.00 KML Law Group P.C.

**2310-357**
**5903 Frontenac Street 19149** 53rd WD 1706 Sq. Ft. BRT# 531266800 Improvements: Residential Property
2310-357 C.P. Oct 2019 No. 01445 $81,012.70 KML Law Group P.C.

**2310-358**
**4200 Meridian Street 19136** 65th WD 2,475 Sq. Ft. BRT# 651151100 Improvements: Residential Property
2310-358 C.P. Nov 2022 No. 00684 $106,870.92 Manley Deas Kochalski LLC

**2310-359**
**1830 Danforth Street 19152** 56th WD 1236 Sq. Ft. BRT# 562214300 Improvements: Residential Property
2310-359 C.P. Apr 2022 No. 02252 $138,534.01 KML Law Group P.C.

**2310-360**
**6105 Harley Avenue 19142** 40th WD 1132.5 Sq. Ft. BRT# 402285800 Improvements: Residential Property
2310-360 C.P. Jun 2022 No. 01814 $50,444.76 KML Law Group P.C.

**2310-361**
**5514 Broomall Street 19143** 51st WD 930 Sq. Ft. BRT# 513110300 Improvements: Residential Property
2310-361 C.P. May 2022 No. 02591 $52,297.06 KML Law Group P.C.

**2310-362**
**620 E Thayer Street 19134** 33rd WD 784 Sq. Ft. BRT# 331136000 Improvements: Residential Property
2310-362 C.P. Jan 2023 No. 01619 $53,364.12 Logs Legal Group LLP

**2310-363**
**3356 Malta Street 19134** 33rd WD 602 Sq. Ft. BRT# 331372500 Improvements: Residential Property
2310-363 C.P. Apr 2023 No. 02909 $99,177.19 Kivitz & Kivitz, P.C.

**2310-364**
**908 South 12th Street 19147** 2nd WD 960 Sq. Ft. BRT# 21591900 Improvements: Residential Property
2310-364 C.P. No. SC-18-09-19-4776 $12,00.000 Kivitz & Kivitz, P.C.

**2310-365**
**8628 Michener Avenue 19150** 50th WD 1511 Sq. Ft. BRT# 501143200 Improvements: Residential Property
2310-365 C.P. Jul 2017 No. 00734 $214,579.19 Richard M. Squire & Associates, LLC

**2310-366**
**6723 North Carlisle Street 19126** 10th WD 1650 Sq. Ft. BRT# 101007900 Improvements: Residential Property
2310-366 C.P. Oct 2022 No. 00602 $149,595.19 Richard M. Squire & Associates, LLC

**2310-367**
**7610 Linda Place 19111** 56th WD 3733 Sq. Ft. BRT# 561103600 Improvements: Residential Property
2310-367 C.P. Jan 2022 No. 02285 $172,843.67 KML Law Group, P.C.

**2310-368**
**3225 Chelsea Place 19114** 66th WD 1457 Sq. Ft. BRT# 661149600 Improvements: Residential Property
2310-368 C.P. Oct 2022 No. 02156 $178,715.84 KML Law Group, P.C.

**2310-369**
**5812 Chew Avenue 19138** 59th WD 2269 Sq. Ft. BRT# 591201500 Improvements: Residential Property
2310-369 C.P. Aug 2021 No. 01517 $24,330.56 KML Law Group, P.C.

**2310-370**
**5306 West Columbia Avenue 19131** 52nd WD 5807 Sq. Ft. BRT# 521052600 Improvements: Residential Property
2310-370 C.P. Jun 2022 No. 00231 $163,169.00 KML Law Group, P.C.

**2310-371**
**1100 East Barringer Street Aka 1100 Barringer Street 19119** 22nd WD 3601.49 Sq. Ft. BRT# 221020700 Improvements: Residential Property
2310-371 C.P. Oct 2021 No. 00641 $181,388.13 KML Law Group, P.C.

**2310-372**
**6636 North 17th Street 19126** 10th WD 1435.77 Sq. Ft. BRT# 101050900 Improvements: Residential Property
2310-372 C.P. Nov 2019 No. 02103 $175,868.01 KML Law Group, P.C.

**2310-373**
**815 East Price Street 19138** 59th WD 1,329 Sq. Ft. BRT# 591084500 Improvements: Residential Property
2310-373 C.P. Nov 2021 No. 01214 $240,749.71 Logs Legal Group LLP

**2310-374**
**472 Conarroe Street 19128** 21st WD 2885.75 Sq. Ft. BRT# 212118200 Improvements: Residential Property
2310-374 C.P. Mar 2022 No. 01514 $171,778.67 Pincus Law Group, PLLC

**2310-375**
**3420 Shelmire Avenue 19136** 64th WD 1,604 Sq. Ft. BRT# 642170200 Improvements: Residential Property
2310-375 C.P. Dec 2013 No. 02406 $134,785.85 Brock & Scoot PLLC

**2310-376A**
**3110 Agate Street 19134** 25th WD 784 Sq. Ft. BRT# 252346400 Improvements: Residential Property SUBJECT TO RENT
2310-376A C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman, Schuman, P.C.

**2310-376B**
**3024 Agate Street 19134** 25th WD 1,076 Sq. Ft. BRT# 252342000 Improvements: Residential Property SUBJECT TO RENT
2310-376B C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman, Schuman, P.C.

**2310-376C**
**3128 Tulip Street 19134** 25th WD 986 Sq. Ft. BRT# 252375600 Improvements: Residential Property SUBJECT TO RENT
2310-376C C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman, Schuman, P.C.

**2310-377A**
**3041 Cedar Street 19134** 25th WD 740 Sq. Ft. BRT# 251423700 Improvements: Residential Property SUBJECT TO RENT
2310-377A C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman, Schuman, P.C.

**2310-377B**
**3216 Aramingo Street 19134** 45th WD 930 Sq. Ft. BRT# 451398200 Improvements: Residential Property SUBJECT TO RENT
2310-377B C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman, Schuman, P.C.

**2310-377C**
**2255 E Clearfield Street 19134** 25th WD 1,440 Sq. Ft. BRT# 252246100 Improvements: Residential Property SUBJECT TO RENT
2310-377C C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman, Schuman, P.C.

**2310-378A**
**3133 Agate Street 19134** 25th WD 784 Sq. Ft. BRT# 252335100 Improvements: Residential Property SUBJECT TO RENT
2310-378A C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman, Schuman, P.C.

**2310-378B**
**3119 Agate Street 19134** 25th WD 1,000 Sq. Ft. BRT# 252334400 Improvements: Residential Property SUBJECT TO RENT
2310-378B C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman, Schuman, P.C.

**2310-378C**
**3164 Agate Street 19134** 25th WD 868 Sq. Ft. BRT# 252349200 Improvements: Residential Property SUBJECT TO RENT
2310-378C C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman, Schuman, P.C.

**2310-379A**
**1129 W. Westmoreland St 19140** 43rd WD 896 Sq. Ft. BRT# 431044510 Improvements: Residential Property
2310-379A C.P. Mar 2020 No. 02360 $25,844.99 Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**2310-379B**
**1129r W Westmoreland St 19140** 43rd WD 406 Sq. Ft. BRT# 885499540 Improvements: Residential Property
2310-379B C.P. Mar 2020 No. 02360 $25,844.99 Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**2310-380**
**1719 North Aberdeen Street 19131** 52nd WD 880 Sq. Ft. BRT# 521323100 Improvements: Residential Property
2310-380 C.P. Jun 2019 No. 06623 $102,532.48 Pincus Law Group, PLLC

**2310-381**
**832 Tyson Avenue 19111** 53rd WD 1,358 Sq. Ft. BRT# 532215700 Improvements: Residential Property
2310-381 C.P. Aug 2019 No. 04849 $47,287.24 Powers Kirn, LLC

**2310-382**
**2600 South Robinson Street 19142** 40th WD 1,111 Sq. Ft. BRT# 402095300 Improvements: Residential Property Subject to Mortgage
2310-382 C.P. Jan 2022 No. 02303 $64,610.11 Vitti Law Group, Inc.

**2310-383**
**2872 Cedar Street 19134** 25th WD 971 Sq. Ft. BRT# 251434300 Improvements: Residential Property
2310-383 C.P. Dec 2022 No. 01146 $103,525.05 Powers Kirn, LLC

**2310-384**
**8643 Agusta Street 19152** 56th WD 3,619 Sq. Ft. BRT# 562358700 Improvements: Residential Property
2310-384 C.P. Jul 2022 No. 00580 $185,256.32 Logs Legal Group LLP

**2310-385**
**2421 South Percy Street 19148** 39th WD 665 Sq. Ft. BRT# 393444500 Improvements: Residential Property
2310-385 C.P. Apr 2016 No. 00714 $135,454.58 Stern & Eisenberg, PC

**2310-386**
**1712 South 28th Street 19145** 36th WD 990 Sq. Ft. BRT# 364351600 Improvements: Residential Property
2310-386 C.P. Nov 2022 No. 02059 $155,232.38 Stern & Eisenberg, PC

**2310-387**
**4622 Disston Street 19135** 41st WD 3,750 Sq. Ft. BRT# 412036300 Improvements: Residential Property Subject to Mortgage
2310-387 C.P. Sept 2022 No. 01480 $28,302.66 Brock & Scoot PLLC

**2310-388**
**8731 Wissahickon Avenue 19128** 21st WD 7,936 Sq. Ft. BRT# 214283700 Improvements: Residential Property Subject to Mortgage
2310-388 C.P. Nov 2022 No. 02577 $199,977.99 Barley Snyder LLP

**2310-389**
**5104 Chester Avenue 19143** 51st WD 2,160 Sq. Ft. BRT# 511276800 Improvements: Residential Property Subject to Rent
2310-389 C.P. Nov 2022 No. 02893 $551,737.87 Friedman, Schuman, P.C.

**2310-390**
**606 East Woodlawn Street 19144** 12th WD 1,840 Sq. Ft. BRT# 122083400 Improvements: Residential Property
2310-390 C.P. Nov 2022 No. 00380 $19,596.98 Hladik Onorato & Federman LLP

**2310-391**
**269 Widener Street 19120** 61st WD 1,053 Sq. Ft. BRT# 612120300 Improvements: Residential Property
2310-391 C.P. Nov 2022 No. 02282 $68,646.57 Parker Mccay P.A.

**2310-392**
**8525 Mansfield Avenue 19150** 50th WD 4,711 Sq. Ft. BRT# 502027000 Improvements: Residential Property
2310-392 C.P. Feb 2012 No. 00508 $135,625.00 Hill Wallack LLP

**2310-393**
**3087 Weikel Street 19134** 25th WD 847 Sq. Ft. BRT# 252387300 Improvements: Residential Property SUBJECT TO RENT
2310-393 C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman Schuman, P.C.

**2310-394A**
**3181 Tulip Street 19134** 25th WD 1,080 Sq. Ft. BRT# 252364000 Improvements: Residential Property SUBJECT TO RENT
2310-394A C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman Schuman, P.C.

**2310-394B**
**3173 Tulip Street 19134** 25th WD 1,080 Sq. Ft. BRT# 252363600 Improvements: Residential Property SUBJECT TO RENT
2310-394B C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman Schuman, P.C.

**2310-394C**
**3017 Tulip Street 19134** 25th WD 956 Sq. Ft. BRT# 252355800 Improvements: Residential Property SUBJECT TO RENT
2310-394C C.P. Feb 2023 No. 02904 $1,527,580.73 Friedman Schuman, P.C.

**2310-395**
**1916-38 E Allegheny Ave 19134** 25th WD 10,200 Sq. Ft. BRT# 777684001 Improvements: Residential Property Subject to Mortgage
2310-395 C.P. Aug 2022 No. 02846 $900,199.69 Eisenberg, Gold & Agrawal, PC

**2310-396**
**1917 E Wishart Street 19134** 25th WD 840 Sq. Ft. BRT# 885658760 Improvements: Residential Property Subject to Mortgage
2310-396 C.P. Aug 2022 No. 02846 $900,199.69 Eisenberg, Gold & Agrawal, PC

**2310-397**
**1915 E Wishart Street 19134** 25th WD 840 Sq. Ft. BRT# 885965600 Improvements: Residential Property Subject to Mortgage
2310-397 C.P. Aug 2022 No. 02846 $900,199.69 Eisenberg, Gold & Agrawal, PC

**2310-398**
**1912 E Allegheny Avenue 19134** 25th WD 1,579 Sq. Ft. BRT# 885964980 Improvements: Residential Property Subject to Mortgage
2310-398 C.P. Aug 2022 No. 02846 $900,199.69 Eisenberg, Gold & Agrawal, PC

**2310-399**
**1910 E Allegheny Avenue 19134** 25th WD 1,455 Sq. Ft. BRT# 885964080 Improvements: Residential Property Subject to Mortgage
2310-399 C.P. Aug 2022 No. 02846 $900,199.69 Eisenberg, Gold & Agrawal, PC

**2310-400**
**1439 Gilham Street 19111** 53rd WD 1,215 Sq. Ft. BRT# 531176900 Improvements: Residential Property Subject to Mortgage
2310-400 C.P. Aug 2022 No. 02846 $900,199.69 Eisenberg, Gold & Agrawal, PC

**2310-401**
**1914 E Allegheny Avenue 19134** 25th WD 1,446 Sq. Ft. BRT# 885965100 Improvements: Residential Property Subject to Mortgage
2310-401 C.P. Aug 2022 No. 02846 $900,199.69 Eisenberg, Gold & Agrawal, PC

**2310-402**
**2300-08 N Sydenham Street 19132** 16th WD 6,965 Sq. Ft. BRT# 884934897 Improvements: Commercial Property
2310-402 C.P. Jan 2023 No. 02922 $912,193.51 Eisenberg, Gold & Agrawal, PC

**2310-403**
**2450 West Cumberland Street 19132** 28th WD 1,744 Sq. Ft. BRT# 281266600 Improvements: Residential Property
2310-403 C.P. Oct 2022 No. 02638 $76,124.24 Stern & Eisenberg, PC

**2310-404**
**2829 Rhawn Street 19152** 64th WD 1,158 Sq. Ft. BRT# 641225200 Improvements: Residential Property
2310-404 C.P. Nov 2022 No. 01157 $231,712.28 Stern & Eisenberg, PC

**2310-405**
**8655 Michener Avenue 19150** 50th WD 1,442 Sq. Ft. BRT# 501163600 Improvements: Residential Property
2310-405 C.P. May 2022 No. 02075 $118,275.60 Stern & Eisenberg, PC

**2310-406**
**4556 Marple Street 19136** 65th WD 1,136 Sq. Ft. BRT# 651097900 Improvements: Residential Property
2310-406 C.P. Mar 2022 No. 02396 $79,177.67 Hladik Onorato & Federman LLP

**2310-407**
**1816 West Tioga Street 19140** 11th WD 4,512 Sq. Ft. BRT# 112086700 Improvements: Residential Property
2310-407 C.P. Dec 2022 No. 02351 $494,182.95 Hladik Onorato & Federman LLP

**2310-408**
**2713 E. Country Club Road A/K/A 2713 Country Club Road East 19131** 52nd WD 1,412 Sq. Ft. BRT# 521371300 Improvements: Residential Property
2310-408 C.P. Feb 2020 No. 03553 $117,089.47 Powers Kirn, LLC

**2310-409**
**832 Jackson Street 19148** 39th WD 860 Sq. Ft. BRT# 393322000 Improvements: Residential Property
2310-409 C.P. Jul 2022 No. 01024 $284,358.52 Powers Kirn, LLC

**2310-410**
**6612 Ditman St 19135** 41st WD 1,280 Sq. Ft. BRT# 411223300 Improvements: Residential Property
2310-410 C.P. Nov 2022 No. 00655 $61,033.81 Hill Wallack LLP

**2310-411**
**2340 Mcclellan Street 19145** 48th WD 752 Sq. Ft. BRT# 482017600 Improvements: Residential Property
2310-411 C.P. Apr 2023 No. 02637 $144,477.35 Larocca Hornik Rosen & Greenberg LLP

**2310-412**
**130 Spurce Street, Apt. 20a 19106** 5th WD 980 Sq. Ft. BRT# 888054963 Improvements: Residential Property Subject to Mortgage
2310-412 C.P. Feb 2023 No. 01343 $51,520.37 Clemons Richter & Reiss, PC

**2310-413**
**3434-56 Weymouth St 19134** 33rd WD 10,659 Sq. Ft. BRT# 884462600 Improvements: Residential Property
2310-413 C.P. Nov 2017 No. 02595 $101,733.69 I Fight 4 Justice Predrag Filipovic, Esq.

**2310-414**
**4323 Disston Street 19135** 55th WD 1344 Sq. Ft. BRT# 552189200 Improvements: Residential Property
2310-414 C.P. Oct 2019 No. 03745 $158,273.97 McCabe, Weisbers & Conway, LLC

**2310-415**
**519 N Wanamaker St 19131 4th WD 825 Sq. Ft. BRT# 43140900 Improvements: Residential Property**
**2310-415 C.P. Nov 2022 No. 01165 $64,518.33 Duane Morris LLP**

**2310-416**
**6307 Sherwood Road 19151** 34th WD 2638 Sq. Ft. BRT# 344167300 Improvements: Residential Property Subject to Mortgage
2310-416 C.P. Oct 2018 No. 03363 $160,762.71 The Lynch Law Group LLC

**2310-417**
**3213 N 25th St 19129** 38th WD 900 Sq. Ft. BRT# 381057800 Improvements: Residential Property Subject to Mortgage
2310-417 C.P. Feb 2023 No. 01218 $727,741.8 Braverman Kaskey, Garber P.C.

**SHERIFF'S SALE**

**2310-418**
**1426 N Newkirk St 19121** 29th WD  700 Sq. Ft. BRT# 292122200 Improvements: Residential Property  Subject to Mortgage
2310-418　C.P. Feb 2023　No. 01220  $203,929.70 Braverman Kaskey, Garber P.C.

**2310-419**
**1419 W Erie Ave 19140** 13th WD  1900 Sq. Ft. BRT# 131054705 Improvements: Residential Property  Subject to Mortgage
2310-419　C.P. Feb 2023　No. 01220  $203,929.70 Braverman Kaskey, Garber P.C.

**SHERIFF'S SALE**

**2310-420A**
**1507 N 33rd St 19121** 29th WD  2,880 Sq. Ft. BRT# 884101557 Improvements: Residential Property  Subject to Mortgage
2310-420A　C.P. Feb 2023　No. 01218  $727,741.80 Braverman Kaskey, Garber P.C.

**2310-420B**
**2445 W Allegheny Ave 19132** 38th WD  1,530 Sq. Ft. BRT# 871553740 Improvements: Residential Property  Subject to Mortgage
2310-420B　C.P. Feb 2023　No. 01218  $727,741.80 Braverman Kaskey, Garber P.C.

**SHERIFF'S SALE**

**2310-421A**
**3252 N Bailey St 19129** 38th WD  885 Sq. Ft. BRT# 381182200 Improvements: Residential Property  Subject to Mortgage
2310-421A　C.P. Feb 2023　No. 01218  $727,741.08 Braverman Kaskey, Garber P.C.

**2310-421B**
**3254 N Bailey St 19129** 38th WD  850 Sq. Ft. BRT# 381182300 Improvements: Residential Property  Subject to Mortgage
2310-421B　C.P. Feb 2023　No. 01218  $727,741.80 Braverman Kaskey, Garber P.C.

**SHERIFF'S SALE**

**2310-422**
**1509 N 33rd St 19121** 29th WD  2,079 Sq. Ft. BRT# 292315800 Improvements: Residential Property  Subject to Mortgage
2310-422　C.P. Feb 2023　No. 01217  $313,389.29 Braverman Kaskey, Garber P.C.

**2310-423**
**5504 Blakemore Street 19138** 12th WD  767 Sq. Ft. BRT# 122274500 Improvements: Residential Property  Subject to Mortgage
2310-423 C.P. Feb 2019  No. 00941 $109,832 Perry & Perry

**SHERIFF'S SALE**

**2310-424**
**7460 Beverly Rd 19138** 50th WD  1,104 Sq. Ft. BRT# 501364200 Improvements: Residential Property
2310-424 C.P. Jul 2022 No. 01017 $156,421.90 Logs Legal Group LLP

**2310-425**
**5621 Haverford Ave 19131** 4th WD  2,906 Sq. Ft. BRT# 43001200 Improvements: Residential Property
2310-425　C.P. Apr 2023　No. 01689  $147,096.67 Mattioni Ltd



### The Legal Intelligencer

## Pennsylvania Commercial Litigation
Harry F. Kunselman - Strassburger McKenna Gutnick & Gefsky

*Pennsylvania Commercial Litigation* is an important resource for the general practitioner that addresses procedural and substantive issues encountered in commercial litigation. This book gives a concise overview of commercial litigation, providing detailed research and analysis, and is intended to guide the reader through every stage of a commercial dispute.

**ORDER YOUR COPY TODAY**
Visit www.lawcatalog.com | Call 1-877-807-8076

