¶ Ex. 9

|  |  |
|---|---|
| HARD MONEY PA LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>ERION REAL ESTATE INVESTORS, LLC<br>STEPHEN AUGUSTUS DUFFUS-DOYLE<br>MILDRED S. ST. FORT,<br><br>                          Defendants. | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY<br><br>NOVEMBER TERM 2022<br><br>NO. 01165<br><br>CIVIL ACTION |

TO:    Tenant
          519 N. Wanamaker Street
          Philadelphia, PA 19131

### NOTICE OF SHERIFF'S SALE TO ALL PARTIES IN INTEREST AND CLAIMANTS

**Owners:**    **Erion Real Estate Investors, LLC**

**Property:**    **519 N. Wanamaker Street, Philadelphia, PA 19131**

**Improvements:**    **Residential Dwelling**

**Judgment Amount: $64,518.33**

    The above-captioned property is scheduled to be sold at the Philadelphia County Sheriff's Sale on **November 7, 2023** at a Public on-line auction conducted by Bid4Assets, 8757 Georgia, Ave., Suite 520, Silver Springs, MD 20910 by accessing the web address: www.bid4assets.com/philaforeclosures at **10:00 AM**.

    Our records indicate that you may hold a mortgage, judgment, or other interest with respect to the property, which may be extinguished by the sale. You may wish to attend the sale to protect your interests.

    A Schedule of Distribution will be filed by the Sheriff on a date specified by the Sheriff not later than thirty days after the sale. Distribution will be made in accordance with the Schedule unless exceptions are filed thereto within ten days after the filing of the Schedule.

    If the sale is set aside for any reason, the purchaser at the sale shall be entitled only to a return of the deposit paid. The purchaser shall have no further recourse against the mortgagor, the mortgagee, or the mortgagee's attorney.

    If you have any questions regarding the type of lien or the effect of the Sheriff's Sale upon your lien, we urge you to CONTACT YOUR OWN ATTORNEY as we are not permitted to give you legal advice.