¶ Ex. 10

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

# AFFIDAVIT

The Debtor, Gregory E Bennett, having been first duly sworn upon his oath, hereby states the following:

1. I am an adult individual competent to testify in this matter

2. I have personal knowledge of the matters contained in this affidavit.

3. I am a debtor in In Re Bennett 19-12991-mdc.

4. I own a property located at 519 North Wanamaker Street, Philadelphia, PA 19131.

5. On or about September 20, 2023, I received notification of an impending sheriff's sale of my property. The uncertainty associated with receiving the notification caused a sense of depression, anxiousness, sleep deprivation, and humiliation.

6. The unresolved circumstances have resulted in emotional distress for my family unit, an angst that caused complications during the death transition of my wife in December, 2023.

7. The unresolved circumstances have resulted in emotional and physical distress personally that caused the cancellation of December medical appointments due to, "unresolved emotional personal upheaval", as delineated by medical staff of Dr. Walter Bantum medical Office.

8. Unresolved circumstances have resulted in physical distress personally that has resulted in the administration of medication for hypertension by Dr. Walter Bantum.

9. Unresolved circumstances have resulted in the request for psychiatric communication during medical procedure on 2/8/24 with Dr. Leon Clarke.

Date: 02-16-2024                                              /s/ Gregory Eugene Bennett