¶ Ex. 12

FILED
24 JUL 2024 01:27 pm
Civil Administration
R. JENNINGS

| | |
|---|---|
| HARD MONEY PA LLC | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY |
| Plaintiff, | |
| | NOVEMBER TERM 2022 |
| v. | |
| | NO. 01165 |
| ERION REAL ESTATE INVESTORS, LLC | |
| STEPHEN AUGUSTUS DUFFUS-DOYLE | |
| MILDRED S. ST. FORT | |
| Defendants. | CIVIL ACTION - MORTGAGE FORECLOSURE |

### ORDER

AND NOW, this ____ day of _____, 2024, upon consideration of Plaintiff Hard Money PA LLC's Motion to Postpone Sheriff's Sale (the "Motion"), it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the sale of the property known as 519 N. Wanamaker Street, Philadelphia, PA 19131 (the "Property") currently scheduled for August 6, 2024 is hereby postponed until December 3, 2024, without need for further notice, costs, or advertising. The Philadelphia County Sheriff's representative shall announce said postponement at the Sheriff's Sale on August 6, 2024. A copy of this Order shall be provided to the Sheriff's Office and served upon Defendants by first-class mail

BY THE COURT

_____
J.

Case ID: 221101165
Control No.: 24074832