¶ Ex. 13



Keyword        Auction ID#        GO



Your online property search starts here!

Advanced search

Sign up for Weekly Email Alerts

Real Estate > Other > All > **# 1143423**

# Philadelphia County, PA Sheriff Sale: 519 NORTH WANAMAKER STREET



| | |
|---|---|
| Number of Bids: | 0 |
| *Minimum Bid:* | $0 |
| Your Bid Status: | Log in to view status |
| *Reserve:* | **No Reserve!** |
| Status: | Closed |
| Auction Started: | 06-04-24 10:00 AM ET |
| Auction Closed: | 06-04-24 01:10 PM ET |
| Bid Increment: | $100 |
| *Overtime Period:* | 5 minutes |
| Source: | Government |
| Deposit Required: | $535 — See Instructions |
| *Buyer's Premium:* | 10.0% |
| Page Views: | 3 |

| | |
|---|---|
| Seller Name: | PhiladelphiaTaxSales |
| Rating: | Not Applicable |
| Location: | 519 NORTH WANAMAKER STREET PHILADELPHIA, PA 19131 |

 SHARE

VIEW OTHER TAX FORECLOSURES

## ASSET INFORMATION

### ITEM SPECIFICS - PARCEL INFORMATION

**Parcel Information**

| | |
|---|---|
| **OPA** | 043140900 |
| **Address** | 519 NORTH WANAMAKER STREET PHILADELPHIA, PA 19131 |

**Other Properties**

| | |
|---|---|
| County | Philadelphia |
| Sheriff Number | 24000285 |
| Attorney | DUANE MORRIS LLP |
| Plaintiff | HARD MONEY PA LLC |
| Book/Writ | 2310-415 |
| Address | 519 NORTH WANAMAKER STREET PHILADELPHIA PA 19131 |
| Sale Type | NEW ARREST |
| Property Description | 519 NORTH WANAMAKER STREET PHILADELPHIA PA 19131 **Property Data for OPA #043140900** Ward: 4TH Sale Type: NEW ARREST Court Case #: 221101165 |

⊤ DESCRIPTION

The Sheriff's Office of Philadelphia County, PA, is conducting an auction with the following details:

Sheriff #: 24000285
Book/Writ: 2310-415
Auction Date: 2024-06-04
Plaintiff: HARD MONEY PA LLC
Address: 519 NORTH WANAMAKER STREET PHILADELPHIA PA 19131
More Info:
519 NORTH WANAMAKER STREET PHILADELPHIA PA 19131
Property Data for OPA #043140900
Ward: 4TH
Sale Type: NEW ARREST
Court Case #: 221101165

Attorney: DUANE MORRIS LLP
OPA #: 043140900

## BIDDING REQUIREMENTS

To bid on this auction, all bidders are required to become qualified by placing a deposit. The deposit of the winning bidder is automatically transferred to the seller at the end of the auction. If the winning bidder fails to perform on any auction, the entire BidDeposit will be forfeited to the seller. Non-winning bidder deposit refunds are mailed within ten (10) business days after the close of the auction. This deposit cannot be applied to other auctions. To find out more about the BidDeposit requirement, **click here.**

## SETTLEMENT REQUIREMENTS

Purchaser shall pay the balance of 10% of the purchase price plus a 10% buyer's premium (on the total purchase price) by 5:00 PM ET on the first (1st) business day following the Auction. Purchaser shall have 15 calendar days from the auction date to pay the remaining balance. Payments shall be made to Bid4Assets. No exceptions will be made. If the payment policy is not adhered to the winning bidder will forfeit their deposit to the Philadelphia County Sheriff's Office and may be banned from future sales. A $35 per-parcel-won administrative fee will be added to the final sale price.

Please view **Terms of Sale** for more information.

## BUYER PREMIUM INFORMATION

This auction requires that the winning bidder pay a Buyer's Premium of 10.00% of the winning bid amount. (The Buyer's Premium covers the costs associated with the auction).

This amount will be added to the winning bid and will be included in the total purchase price paid by the Buyer to the Seller.


A GovDeals Marketplace

ABOUT US

CONTACT US

JOBS

COURTHOUSE STEPS®

**NEED TO KNOW**

Privacy Policy

Terms of Service

B4A Blog

B4A Newsroom

**FOR SELLERS**

Sell an Asset

Sheriff's Sales

County Government Sellers

Seller Help

## FOR BUYERS

Weekly Email Alert

Rate a Seller

Video Tutorials

Buyer Help

## USEFUL LINKS

My Account/Login

Have Property to Sell?

Testimonials

Submit a Testimonial

Give Us Your Feedback

---

BID4ASSETS.com® is a registered trademark of Bid4Assets, Inc.

Where Great Deals Click™; Bid4Assets™; Copyright © 1999-2024 ALL RIGHTS RESERVED Bid4Assets, Inc.

