Form L247 (3/23)−doc 32

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gregory E. Bennett<br>Debtor(s) | ) ) ) | Case No. 19−12991−amc<br>Chapter 13 |
| Gregory E. Bennett<br>Plaintiff(s) | ) ) ) ) | Adversary No. 24−00020−amc |
| v. | ) ) | |
| Hard Money PA LLC, et al.<br>Defendant(s) | ) ) | |

## AMENDED ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before October 10, 2024, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before October 15, 2024.

    Address of the clerk                              Eastern District of Pennsylvania
                                                                                     900 Market Street
                                                                                     Suite 400
                                                                                     Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney             STEPHEN MATTHEW DUNNE
                                                                          Dunne Law Offices, P.C.
                                                                          1515 Market Street
                                                                          Suite 1200
                                                                          Philadelphia, PA 19102
                                                                          U.S.A.

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                                    For The Court

                                                                                                    Timothy B. McGrath
                                                                                                    Clerk of Court

Date: September 11, 2024